# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<table>
<tr><td>
BARBARA DAVIS, as Personal Representative of the<br>Estate of G.B., deceased,<br><br>*Plaintiff*<br>v.<br>JENNIFER STRUS, individually and in her official<br>capacity acting under the color of state law, et al.<br><br>*Defendant*
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>
Civil Action No.   2:17-CV-00062-SMJ
</td></tr>
</table>

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**Jun 25, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Final Judgment Pursuant to FRCP 54(b) or Certify Interlocutory Appeal Pursuant to 28 U.S.C. 1292(b), (ECF No. 292) is GRANTED.  Judgment is entered in favor of the Washington State DSHS  and individual Defendants Jennifer Strus, Melissa Kehmeier, James Desmond, Cassie Anderson, Brina Carrigan, Maggie Stewart, Lori Blake, Shannon Sullivan, Susan Steiner, Cameron Norton, Sarah Oase, Rana Pullom, Donald Williams, and Chris Mejia on  Plaintiff's 42 U.S.C. § 1983 claims against defendants.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR. _____   on Plaintiff's Motion for
   Final Judgment pursuant to FRCP 54(b) or Certify Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b).

Date:  06/25/2018 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____