FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER STRUS, individually and in her official capacity acting under the color of state law; HEIDI KAAS, individually and in her official capacity acting under the color of state law; MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law; JAMES DESMOND, individually and in his official capacity acting under the color of state law; CASSIE ANDERSON, individually and in her official capacity acting under the color of state law; BRINA CARRIGAN, individually and in her official capacity acting under the color of state law; MAGGIE STEWART, individually and in her official capacity acting under the color of state law; LORI BLAKE, individually and in her official capacity acting under the color of state law; SHANNON SULLIVAN, individually and in her official capacity acting under the color of state law; SUSAN STEINER, individually and in her | No.    2:17-cv-00062-SMJ<br><br>**ORDER DISMISSING DEFENDANTS** |

ORDER DISMISSING DEFENDANTS – 1

official capacity acting under the color of state law; CAMERON NORTON, individually and in his official capacity acting under the color of state law; SARAH OASE, individually and in her official capacity acting under the color of state law; RANA PULLOM, individually and in her official capacity acting under the color of state law; DONALD WILLIAMS, individually and in his official capacity acting under the color of state law; CHRIS MEJIA, individually and in his official capacity acting under the color of state law; RIVERSIDE SCHOOL DISTRICT NO. 416, a Municipal Corporation duly organized and existing under the laws of Washington State; JUANITA MURRAY, individually and in her official capacity acting under the color of state law; ROBERTA KRAMER, individually and in her official capacity acting under the color of state law; SARAH RAMSDEN, individually and in her official capacity acting under the color of state law; CAROLINE RAYMOND, individually and in her official capacity acting under the color of state law; CHERI MCQUESTEN, individually and in her official capacity acting under the color of state law; SARAH RAMSEY, individually and in her official capacity acting under the color of state law; TAMI BOONE, individually and in her official capacity acting under the color of state law; MELISSA REED, individually and in her official capacity acting under the color of state law; ANN STOPAR, individually and in her official capacity

ORDER DISMISSING DEFENDANTS – 2

acting under the color of state law; KRISTINA GRIFFITH, individually and in her official capacity acting under the color of state law; WENDY SUPANCHICK, individually and in her official capacity acting under the color of state law; SHERRY DORNQUAST, individually and in her official capacity acting under the color of state law; GARY VANDERHOLM, individually and in his official capacity acting under the color of state law; ROGER PRATT, individually and in his official capacity acting under the color of state law; CHRIS NIEUWENHUIS, individually and in his official capacity acting under the color of state law; and JOHN DOES 1–50, individually and in their official capacities acting under the color of state law,

                     Defendants.

Before the Court, without oral argument, is the parties' Stipulated Motion for Dismissal Without Prejudice, ECF Nos. 417, 418.[1] Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion for Dismissal Without Prejudice, **ECF Nos. 417, 418**, is **GRANTED**.

---

[1] The parties filed a corrected document which indicated that the Court should dismiss the claims *without* prejudice. ECF No. 418.

ORDER DISMISSING DEFENDANTS – 3

2. All claims against Juanita Murray, Roberta Kramer, Sarah Ramsden, Caroline Raymond, Cheri McQuesten, Sarah Ramsey (incorrectly named), Tami Boone, Melissa Reed, Ann Stopar, Kristina Griffith (nka Banich), Wendy Supanchick, Sherry Dornquast, Gary Vanderholm, Roger Pratt, and Chris Nieuwenhuis are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,

        Plaintiff,

v.

JENNIFER STRUS, individually and in her official capacity acting under the color of state law; HEIDI KAAS, individually and in her official capacity acting under the color of state law; MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law; JAMES DESMOND, individually and in his official capacity acting under the color of state law; CASSIE ANDERSON, individually and in her official capacity acting under the color of state law; BRINA CARRIGAN, individually and in her official capacity acting under the color of state law; MAGGIE STEWART, individually and in her official capacity acting under the color of state law; LORI BLAKE, individually and in her official capacity acting under the color of state law; SHANNON SULLIVAN, individually and in her official capacity acting under the color of state law; SUSAN STEINER, individually and in her official capacity acting under the color of state law; CAMERON NORTON, individually and in his official capacity acting under the color of state law; SARAH OASE, individually and in her official capacity acting under the color of state

ORDER DISMISSING DEFENDANTS – 4

law; RANA PULLOM, individually and in her official capacity acting under the color of state law; DONALD WILLIAMS, individually and in his official capacity acting under the color of state law; CHRIS MEJIA, individually and in his official capacity acting under the color of state law; RIVERSIDE SCHOOL DISTRICT NO. 416, a Municipal Corporation duly organized and existing under the laws of Washington State; and JOHN DOES 1–50, individually and in their official capacities acting under the color of state law,

        Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1ˢᵗ day of December 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING DEFENDANTS – 5