FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; JENNIFER STRUS, individually and in her official capacity acting under the color of state law; HEIDI KAAS, individually and in her official capacity acting under the color of state law; MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law; JAMES DESMOND, individually and in his official capacity acting under the color of state law; CASSIE ANDERSON, individually and in her official capacity acting under the color of state law; BRINA CARRIGAN, individually and in her official capacity acting under the color of state law; MAGGIE STEWART, individually and in her official capacity acting under the color of state law; LORI BLAKE, individually and in her official capacity acting under the color of state law; SHANNON SULLIVAN, individually and in her official capacity acting under | No. 2:17-cv-00062-SMJ<br><br>**ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT** |

ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT – 1

| | |
|---|---|
| 1 | the color of state law; SUSAN STEINER, individually and in her official capacity acting under the color of state law; CAMERON NORTON, individually and in his official capacity acting under the color of state law; SARAH OASE, individually and in her official capacity acting under the color of state law; RANA PULLOM, individually and in her official capacity acting under the color of state law; DONALD WILLIAMS, individually and in her official capacity acting under the color of state law; CHRIS MEJIA, individually and in his official capacity acting under the color of state law; RIVERSIDE SCHOOL DISTRICT NO. 416, a Municipal Corporation duly organized and existing under the laws of Washington State; TOM STOKES, individually and in his official capacity and the marital community comprised thereof; JEREMY KIRKLAND, individually and in his official capacity and the marital community comprised thereof; JANE DOE STOKES, and the marital community comprised thereof; JANE DOE KIRKLAND, and the marital community comprised thereof; and JOHN DOES 1–50,<br><br>Defendants. |

Before the Court, without oral argument, is the parties' Stipulated Motion for Dismissal of Defendants Sarah Oase, James Desmond, Jeremy Kirkland, Tom Stokes, and Heidi Kaas, ECF Nos. 422.

ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT – 2

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Defendants Sarah Oase, James Desmond, Jeremy Kirkland, Tom Stokes, and Heidi Kaas, **ECF No. 422**, is **GRANTED**.

2. All claims against Tom Stokes, Sarah Oase, James Desmond, Jeremy Kirkland, and Heidi Kaas are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

> BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,
>
> Plaintiff,
>
> v.
>
> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; JENNIFER STRUS, individually and in her official capacity acting under the color of state law; MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law; CASSIE ANDERSON, individually and in her official capacity acting under the color of state law; BRINA CARRIGAN, individually and in her official capacity acting under the color of state law; MAGGIE STEWART, individually and in her official capacity acting under the color of state law; LORI BLAKE, individually and in her official capacity acting under the color of state law; SHANNON SULLIVAN, individually and in her official capacity acting under the color of state law; SUSAN STEINER, individually and in her official capacity acting under the color of state law; CAMERON NORTON, individually and in his

official capacity acting under the color of state law; RANA PULLOM, individually and in her official capacity acting under the color of state law; DONALD WILLIAMS, individually and in her official capacity acting under the color of state law; CHRIS MEJIA, individually and in her official capacity acting under the color of state law; RIVERSIDE SCHOOL DISTRICT NO. 416, a Municipal Corporation duly organized and existing under the laws of Washington State; JANE DOE STOKES, and the marital community comprised thereof; JANE DOE KIRKLAND, and the marital community comprised thereof; and JOHN DOES 1–50,

Defendants.

**4.** The hearing on Plaintiff's Motion for Partial Summary Judgment Against WSDSHS, **ECF No. 412**, is **STRICKEN**.

**5.** **ALL** remaining parties are directed to **FILE** a **joint status report** by no later than **December 17, 2020** updating the Court on the **status of settlement** as to each of the remaining parties and **proposing a briefing schedule** as to Plaintiff's Motion for Partial Summary Judgment Against WSDSHS, ECF No. 412.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge