The Honorable Salvador Mendoza Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; *et al.*<br><br>    Defendants. | No: 2:17-cv-00062-SMJ<br>No.: 2:18-cv-0194-SMJ<br>(Consolidated for Trial)<br><br>STATUS REPORT REGARDING SETTLEMENT AND CLOSURE OF CASE |

COMES NOW Plaintiff, through counsel, and submit the following status report.

Approximately 4 weeks ago Plaintiff's counsel has provided G.B.'s probate counsel all information necessary to seek the court's approval of the settlement and distribution of funds. The Settlement Guardian Ad Litem (SGAL) has prepared a draft report to submit to the probate court. The probate attorney has arranged for a

STATUS REPORT RE: SETTLEMENT
*Davis v DSHS et al* - 1

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

special needs trust for one of the minor heirs and an annuity for the second minor heir. The only reason that the SGAL has not submitted his report to the probate court for its approval of the settlements and structure of the disbursement of the funds is that the probate attorney had not provided an estimate of his remaining fees to finalize probate of G.B.'s estate.

On June 14, 2021, the probate attorney informed Plaintiff's counsel and the SGAL that he had just completed a trial and would have his estimated fees to the SGAL so that the SGAL could file his report. Plaintiffs' counsel has followed-up twice this week with the probate attorney to ensure that the SGAL gets his estimated costs in a timely fashion. At this point Plaintiff's counsel has provided all information needed to obtain the probate court's approval of the special needs trust, the annuity, and the distribution to G.B.'s adult heir. Plaintiff's counsel believes that the probate court will approve the distribution of the net assets within three to four weeks of this status update. Plaintiff's counsel has provided everything that is need to close this matter and finalize probate of G.B.'s estate.

Submitted this 24th day of June 2021.

MDK Law

*/s/ James P. Ware*
_____
MARK D. KIMBALL, WSBA # 13146
JAMES P. WARE, WSBA # 36799

Attorneys for Plaintiff

STATUS REPORT RE: SETTLEMENT
*Davis v DSHS et al* - 2

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610