FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA DAVIS, as personal representative of the Estate of G.B., deceased,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JENNIFER STRUS, individually and in her official capacity acting under the color of state law, MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law, CASSIE ANDERSON, individually and in her official capacity acting under the color of state law, BRINA CARRIGAN, individually and in her official capacity acting under the color of state law, MAGGIE STEWART, individually and in her official capacity acting under the color of state law, LORI BLAKE, individually and in her official capacity acting under the color of state law, SHANNON SULLIVAN, individually and in her official capacity acting under the color of state law, SUSAN STEINER, individually and in her official capacity acting under the color of state law, CAMERON NORTON, individually and in his | No.   2:17-cv-00062-SMJ<br><br>**ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT** |

ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT – 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | official capacity acting under the color of state law, RANA PULLOM, individually and in her official capacity acting under the color of state law, DONALD WILLIAMS, individually and in her official capacity acting under the color of state law, CHRIS MEJIA, individually and in his official capacity acting under the color of state law, RIVERSIDE SCHOOL DISTRICT NO. 416, a Municipal Corporation dully organized and existing under the laws of Washington State, and JOHN DOES 1-50, individually and in their official capacities acting under the color of state law,<br><br>                                  Defendants. |

Before the Court, without oral argument, are several stipulated motions to dismiss and related motions to expedite. ECF Nos. 457–62. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

  1.   The parties' Amended Stipulated Motion for Dismissal as to Defendant State of Washington, Washington State Department of Social and Health Services, **ECF No. 461**, and related motion to expedite **ECF No. 462**, are **GRANTED**.

ORDER DISMISSING DEFENDANTS AND DIRECTING JOINT STATUS REPORT – 2

    **2.**    The parties' Stipulated Motion for Dismissal as to All Remaining State Entities and Heidi Kaas, **ECF No. 457**, and related motion to expedite, **ECF No. 458**, are **DENIED AS MOOT**.

    **3.**    The parties' Stipulated Motion to Dismiss Claim Against Riverside School District with Prejudice and Without Costs, **ECF No. 459**, and related motion to expedite, **ECF No. 460**, are **GRANTED**.

    **4.**    All claims against Defendants Washington State Department of Social and Health Services and Riverside School District No. 416 are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **5.**    The Clerk's Office is directed to **AMEND** the caption as follows:

> BARBARA DAVIS, as Personal Representative of the Estate of G.B., deceased,
>
>     Plaintiff,
>
> v.
>
> JENNIFER STRUS, individually and in her official capacity acting under the color of state law; MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law; CASSIE ANDERSON, individually and in her official capacity acting under the color of state law; BRINA CARRIGAN, individually and in her official capacity acting under the color of state law; MAGGIE STEWART, individually and in her official capacity acting under the color of state law; LORI BLAKE, individually and in her official capacity acting under the color of state law; SHANNON SULLIVAN, individually and in her official

capacity acting under the color of state law; SUSAN STEINER, individually and in her official capacity acting under the color of state law; CAMERON NORTON, individually and in his official capacity acting under the color of state law; RANA PULLOM, individually and in her official capacity acting under the color of state law; DONALD WILLIAMS, individually and in her official capacity acting under the color of state law; CHRIS MEJIA, individually and in her official capacity acting under the color of state law; and JOHN DOES 1–50,

Defendants.

6. **ALL** remaining parties are directed to file a joint status report **by no later than one week from the date of this Order** updating the Court on the status of settlement as to each of the remaining parties (listed in Number Five above). Alternatively, the parties may file a stipulated motion to dismiss.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge