FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA DAVIS, as personal representative of the Estate of G.B., deceased,<br><br>             Plaintiff,<br><br>      v.<br><br>JENNIFER STRUS, individually and in her official capacity acting under the color of state law, MELISSA KEHMEIER, individually and in her official capacity acting under the color of state law, CASSIE ANDERSON, individually and in her official capacity acting under the color of state law, BRINA CARRIGAN, individually and in her official capacity acting under the color of state law, MAGGIE STEWART, individually and in her official capacity acting under the color of state law, LORI BLAKE, individually and in her official capacity acting under the color of state law, SHANNON SULLIVAN, individually and in her official capacity acting under the color of state law, SUSAN STEINER, individually and in her official capacity acting under the color of state law, CAMERON NORTON, individually and in his official capacity acting under the color of state law, RANA PULLOM, individually and in | No.   2:17-cv-00062-SMJ<br><br>**ORDER DISMISSING CASE** |

ORDER DISMISSING CASE – 1

her official capacity acting under the color of state law, DONALD WILLIAMS, individually and in her official capacity acting under the color of state law, CHRIS MEJIA, individually and in his official capacity acting under the color of state law, and JOHN DOES 1-50, individually and in their official capacities acting under the color of state law,

　　　　　　　　　　　　Defendants.

　　　　Before the Court, without oral argument, are the parties' Stipulated Motion for Dismissal as to Remaining State Defendants, ECF No. 464, and related motion to expedite, ECF No. 465. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

　　**1.**　　The parties' Stipulated Motion for Dismissal as to Remaining State Defendants, **ECF No. 464**, and related motion to expedite, **ECF No. 465**, are **GRANTED**.

　　**2.**　　All claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

　　**3.**　　All pending motions are **DENIED AS MOOT**.

　　**4.**　　All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 2

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 3